S90O1168. HACKNEY v. PRIOR.
(394 SE2d 353)

BENHAM, Justice.

This is a petition for writ of mandamus filed as an original action in the court, and, under *Brown v. Johnson,* 251 Ga. 436 (306 SE2d 655) (1983), must be dismissed.

*Petition for writ dismissed. All the Justices concur.*

DECIDED JUNE 21, 1990.

Clarence L. Hackney, *pro se.*
*Joseph H. Briley, District Attorney,* for appellee.